[Decided January 22, 1887.]

TERRITORY OF WASHINGTON ex rel. W. W. NEWLIN *v.* WILLIAM G. LANGFORD.

ERROR — ASSIGNMENT OF — APPEAL ACT OF 1883 — SUPREME COURT RULES — DISMISSAL OF APPEAL. — An assignment of error must be filed under rule 5 of the Supreme Court in all cases at law appealed under the act of 1883; and an appeal will be dismissed for a non-compliance with this rule.

ERROR to the District Court holding terms at Walla Walla. First District.

Proceeding by information to try title to the office of city attorney of Walla Walla City. Demurrer to information sustained. Judgment against the relator, from which he appealed. A motion was made to dismiss the appeal because no assignment of error had been filed.

*Mr. J. L. Sharpstein,* for the Defendant in Error, and for the motion.

*Mr. W. W. Newlin,* in person, *contra.*

Mr. Chief Justice GREENE delivered the opinion of the court.

In this case, although it is a common-law cause, brought here under the appeal act of 1883, and is within the provision of rule 5 requiring an assignment of errors, no errors have been assigned. To the motion to dismiss for non-compliance with the rule, there is simply opposed a claim that an assignment of error is unnecessary.

Let the motion to dismiss be granted.

HOYT, J., and TURNER, J., concurred.